# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JERONIMO ROSADO, JR., | : No. 77 MM 2016 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, LAWRENCE P. MAHALLY, SCI SUPERINTENDENT | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of July, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for an Immediate Hearing, the "Application for Leave to File (Amended) Original Process," the "Application and Request forto [sic] Appointment of Counsel," and the "Writ Habeas Corpus Apllication in of [sic] Extraordinary Relief" are **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.